# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Nanleen W. Rice, | CASE NO. 7:09-cv-00623-HFF |
| Plaintiff, | |
| vs. | **CONSENT ORDER FOR PROTECTION** |
| Eckerd Corporation and Rite Aid Corporation, | |
| Defendants. | |

IT APPEARING unto the Court that R. Scott Wallinger, Jr., attorney at law, practicing with the law firm of Clawson & Staubes, LLC, in Charleston, South Carolina, is scheduled to be on vacation during the time period of July 6, 2009 through July 10, 2009.

IT FURTHER APPEARS that attorney Wallinger is requesting, and should be granted, for good cause being shown, an Order protecting him from any and all Court appearances and any and all Court proceedings in this case during the time period of July 6, 2009 through July 10, 2009. Now, therefore, it is

ORDERED that R. Scott Wallinger, Jr., be, and is hereby granted protection from, any and all Court appearances and any and all Court proceedings in this case during the time period of July 6, 2009 through July 10, 2009.

AND IT IS SO ORDERED at ___Spartanburg_____, South Carolina this __16th____ day of __June_____, 2009.

**s/Henry F. Floyd**
The Honorable Henry F. Floyd
United States District Judge

**WE CONSENT:**

CLAWSON & STAUBES, LLC

s/ R. Scott Wallinger, Jr.
R. Scott Wallinger, Jr.
126 Seven Farms Drive, Suite 200
Charleston, SC 29492-8144
(843) 577-2026
Federal Bar Number 5868
swallinger@clawsonandstaubes.com

Attorneys for Defendants

**AND**

s/ Charles P. Edwards
Charles P. Edwards
P.O. Box 2552
Spartanburg, SC 29304
(864) 585-0995
(864) 948-1947 (fax)
Federal Bar Number: 674
cpeoffice@aol.com

Attorney for Plaintiff